0034-0U-EPIMXX-00621338-1942603

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

In re: RICKY L STEWARD  
      MICHELLE R STEWARD  
   Debtor(s)

Case No.: 1312330 B

Chapter 13 Bankruptcy

## NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:   U.S. BANK TRUST, N.A.

Trustee Claim No.:   005

Last four (4) digits of any number used to identify the Debtor's account: 4295

Final Cure Amount:

    Amount of Allowed Pre-Petition Arrearage:  $4,189.94

    Amount Paid by Trustee:         $4,189.94

Monthly Ongoing Mortgage Payment is Paid:

    ____ Through the Chapter 13 Trustee conduit     __X__ Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  12/07/2018                     Respectfully submitted:

                                            /s/ Albert J. Mogavero  
                                            Chapter 13 Trustee

0034-0U-EPIMXX-00621338-3856106

# United States Bankruptcy Court
### WESTERN DISTRICT OF NEW YORK
### BUFFALO DIVISION

In Re:  
RICKY L STEWARD  
MICHELLE R STEWARD

CASE NO: 1312330 B

### Certificate of Service

I hereby certify that a true copy of the Notice of Final Cure Payment was served by placing a true copy thereof; enclosed in a sealed envelope, with postage thereon fully prepaid, for deposit with the United States Postal Service, first-class postage, addressed as listed below.

BARRY H. STERNBERG  
4245 UNION RD. SUITE 101 CHEEKTOWAGA, NY 14225

RICKY L STEWARD  
174 PARKRIDGE AVE BUFFALO, NY 14215

MICHELLE R STEWARD  
174 PARKRIDGE AVE BUFFALO, NY 14215

U.S. BANK TRUST, N.A.  
323 5TH STREET EUREKA, CA 95501

Dated: 12/07/2018

/s/ Albert J. Mogavero  
Chapter 13 Trustee