0034-0U-EPIF0U-00621338-1942639

# United States Bankruptcy Court
## Western District of New York

IN RE: RICKY L & MICHELLE R STEWARD  
174 PARKRIDGE AVE  
BUFFALO, NY 14215

Case Number: 1312330  B  
Filed: 08/29/2013  
SS #1: XXX-XX-4667  
SS #2: XXX-XX-6724

## SUMMARY OF TRUSTEE'S CASE CLOSING REPORT AND ACCOUNT

Notice  
Plan Completed

Bankruptcy Judge Copy

THE REPORT IS SUMMARIZED AS FOLLOWS:

| | |
|---|---:|
| Receipts: | 31,652.00 |
| **PAID CLAIMANTS** | |
| Secured: | 18,728.78 |
| Priority: | 2,089.17 |
| Unsecured: | 4,915.17 |
| Other: | 0.00 |
| **ADMINISTRATIVE COSTS** | |
| Filing Fees: | 0.00 |
| Trustee Expense: | 2,414.33 |
| Trustee Compensation: | 192.37 |
| Debtor's Attorney: | 2,931.00 |
| Other Admin Expenses: | 0.00 |
| **RETURNED** | |
| To The Debtor: | 381.18 |
| Total Distributed: | 31,652.00 |

| | |
|---|---:|
| Your Claim Was Recorded As Number | 999 |
| Your Claim Was Classified As | Special |
| The Trustee Reports That You Were Paid | 0.00 |

You are futher notified that

UNLESS A WRITTEN APPLICATION FOR A HEARING IS FILED ON OR BEFORE 60 DAYS FROM THE DATE OF CERTIFICATE OF MAILING OF THIS NOTICE AND SUMMARY, THE ESTATE WILL BE CLOSED AND THE TRUSTEE AND THE SURETY ON THE TRUSTEE'S BOND WILL BE RELEASED.

Dated: 11/16/2018

### Certificate of Mailing

A copy of the above Summary of Trustee's Case Closing report and Account was served upon the creditors, debtor and his or her Attorney of record by mailing a copy thereof on  12/07/2018

Clerk:  /s/J. Wright  
CHAPTER 13 OFFICE

# United States Bankruptcy Court
For The
Western District of New York

RICKY L & MICHELLE R STEWARD  
174 PARKRIDGE AVE  
BUFFALO, NY 14215

Case No.: 1312330 B  
SS #1: XXX-XX-4667  
SS #2: XXX-XX-6724

## CASE CLOSING REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 08 | 29 | 13 |
| The Plan was confirmed on | 11 | 19 | 13 |
| The Case was concluded on | 10 | 31 | 18 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 31,652.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ACS EDUCATION SERVICES | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HOUSEHOLD CREDIT SERVICES | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITI STUDENT LOAN | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| U.S. BANK TRUST, N.A. | 004 | DirectPay | 24,166.12 | 0.00 | 0.00 | DirectPay |
| U.S. BANK TRUST, N.A. | 005 | Secured | 4,189.94 | 4,189.94 | 268.73 | 0.00 |
| CITIZENS BANK | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DEPARTMENT OF EDUCATION | 007 | Unsecured | 44,901.55 | 2,245.08 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SER | 008 | Secured | 12,409.22 | 12,409.22 | 796.03 | 0.00 |
| LVNV FUNDING | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LVNV FUNDING | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NYS DEPT.OF TAXATION | 011 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| PEARL CARROLL ASSOCIATES | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| POPULAR CLUB | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECMC | 014 | Unsecured | 19,070.89 | 953.54 | 0.00 | 0.00 |
| SLC CONDUIT I LLC | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TIME WARNER CABLE | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| UNITED CONSUMER FINANCIAL | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| UNIVERSAL FIDELITY CORP. | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| U.S. DEPT. OF EDUCATION | 019 | Unsecured | 13,403.76 | 670.19 | 0.00 | 0.00 |
| VERIZON | 020 | Unsecured | 245.41 | 12.27 | 0.00 | 0.00 |
| VERIZON WIRELESS | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MOMA FUNDING, LLC | 022 | Unsecured | 3,723.17 | 186.16 | 0.00 | 0.00 |
| MOMA FUNDING, LLC | 022 | Secured | 250.00 | 250.00 | 16.75 | 0.00 |
| STERLING JEWELERS, dba KA | 023 | Unsecured | 1,276.56 | 63.83 | 0.00 | 0.00 |
| STERLING JEWELERS, dba KA | 023 | Secured | 750.00 | 750.00 | 48.11 | 0.00 |
| WELLS FARGO | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LVNV FUNDING, LLC | 025 | Unsecured | 14,752.82 | 737.64 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | 026 | Unsecured | 374.64 | 18.73 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | 027 | Unsecured | 165.57 | 8.28 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

Page 1 of 2    Please be advised that the claim number here within refers only to the Trustee's claim number - not to the number assigned by the Court.

Case 1-13-12330-CLB, Doc 58, Filed 12/06/18, Entered 12/06/18 15:43:59,
Description: , Page 2 of 3

# United States Bankruptcy Court
For The
Western District of New York

RICKY L & MICHELLE R STEWARD  
174 PARKRIDGE AVE  
BUFFALO, NY 14215  

Case No.: 1312330 B  
SS #1: XXX-XX-4667  
SS #2: XXX-XX-6724  

## CASE CLOSING REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 08 | 29 | 13 | | The Plan was confirmed on | 11 | 19 | 13 | | The Case was concluded on | 10 | 31 | 18 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.      $ 31,652.00

### DISBURSEMENTS TO CREDITORS

| CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICE | 029 | Unsecured | 353.09 | 17.65 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 030 | Priority | 2,089.17 | 2,089.17 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 030 | Unsecured | 35.95 | 1.80 | 0.00 | 0.00 |
| KONDAUR CAPITAL CORP. | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RICKY L & MICHELLE R STEW | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| RICKY L & MICHELLE R STEW | 999 | Refund | 381.18 | 381.18 | 0.00 | 0.00 |

### SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRINCIPAL AND INTEREST |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 17,599.16 | 2,089.17 | 98,303.41 | 0.00 | 381.18 | 118,372.92 | |
| PRINCIPAL PAID | 17,599.16 | 2,089.17 | 4,915.17 | 0.00 | 381.18 | 24,984.68 | |
| INTEREST PAID | 1,129.62 | 0.00 | 0.00 | 0.00 | 0.00 | 1,129.62 | 26,114.30 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| BARRY H. STERNBERG | 2,931.00 | 2,931.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE | TRUSTEE COMPENSATION | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 2,414.33 | 192.37 | 0.00 | 2,606.70 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Certificate of Mailing  
A copy of the above Case Closing Report and Account was served upon the debtor and his or her Attorney of Record by mailing a copy thereof on  12/07/2018

Clerk:  /s/J. Wright  
Chapter 13 Office

/s/Albert J. Mogavero  
Albert J. Mogavero